Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Christopher A. Minier (State Bar No. 190705)
cminier@ringstadlaw.com
**RINGSTAD & SANDERS LLP**
2030 Main Street, 12th Floor
Irvine, CA 92614
Telephone: (949) 851-7450
Facsimile: (949) 851-6926

Proposed General Insolvency Counsel for F & F
LLC, Debtor and Debtor-in-Possession

FILED & ENTERED

APR 01 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>F&F LLC, a California Limited Liability Company<br><br>            Debtor and Debtor-in-Possession. | CASE NO. 6:09-38204 TD<br><br>Chapter 11 Proceeding<br><br>**ORDER ON MOTION BY DEBTOR FOR ORDER APPROVING STIPULATION BETWEEN DEBTOR AND U.S. HUNG WUI INVESTMENTS, INC., AUTHORIZING USE OF CASH COLLATERAL**<br><br>Hearing:<br>Date:  March 25, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom 303<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

The Court having read and considered the motion of F&F LLC, a California limited liability company, debtor and debtor-in-possession in the above-entitled Chapter 11 proceeding (the "Debtor"), for an Order Approving the Stipulation Between Debtor and U.S. Hung Wui Investments, Inc. ("USHW"), Authorizing Use of Cash Collateral (the "Motion"), the Declarations of Choung Fann Yik and Christopher A. Minier and the exhibits attached thereto submitted in support of the Motion, the Limited Objection to Suretec Insurance Company ("Suretec") to the Motion, the Debtor's Reply to Suretec's Limited Objection, and all other

pleadings, papers and evidence filed in connection with the Motion; finding that disposition of the Motion is appropriate without a hearing; and for good cause appearing therefor, it is hereby

**ORDERED** that:

1. The Motion is hereby granted on the terms and conditions set forth herein.

2. The Stipulation between Debtor and U.S. Hung Wui Investments, Inc., Authorizing the Use of Cash Collateral (the "Stipulation") attached as Exhibit "1" to the Motion and on file with the Court in the Debtor's above-captioned Chapter 11 proceeding as Docket entry # 44, is hereby approved.

3. Neither the Stipulation nor this Order provide for the validation or perfection of any prepetition lien of USHW, nor shall they bind the estate or any party in interest with respect to the validity, perfection, or amount of any prepetition lien held by USHW. However, to the extent of the Debtor's post-petition use of cash collateral, pursuant to the Stipulation, USHW shall have a replacement lien on post-petition income generated by the Debtor's real property, and such post-petition replacement lien shall be entitled to the same validity and priority of any prepetition lien held by USHW.

# # #

DATED: April 1, 2010

_____
United States Bankruptcy Judge

- 2 -

| | |
|---|---|
| In re: F & F, LLC, | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 6:09-38204 TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2030 Main Street, Suite 1200, Irvine, CA 92614

The foregoing document described **ORDER ON MOTION BY DEBTOR FOR ORDER APPROVING STIPULATION BETWEEN DEBTOR AND U.S. HUNG WUI INVESTMENTS, INC., AUTHORIZING USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:**
On ___March 25, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

**Via U.S. Mail:** Office of the U.S. Trustee-United States Trustee (RS), 3685 Main Street, Suite 300, Riverside, CA 92501

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___March 25, 2010___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

**Via Personal Delivery:** Judge Thomas B. Donovan, 255 E. Temple Street, Suite 1352, Los Angeles, CA 90012

**Via Email:**
Helen R Frazer    hfrazer@aalrr.com
Everett L Green    everett.l.green@usdoj.gov

- 3 -

Ringstad & Sanders L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

1 | M Jonathan Hayes    jhayes@polarisnet.net
2 | D Edward Hays    ehays@marshackhays.com
  | Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
3 | Yanna J Li    yli@wthf.com, dfunsch@wthf.com
  | Thomas R Mulally    tom@ssmlaw.com
4 | Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
  | Martha E Romero    Romero@mromerolawfirm.com
5 | Christian H Shin    chris@wwanglaw.com
  | Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
6 |
7 |                                                  ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
8 | and correct.

   March 25, 2010          Arlene Tavares                              /s/
9 | *Date*                  *Type Name*                           *Signature*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ringstad & Sanders
L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

- 4 -

| In re: F & F, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-38204 TD |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIS

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION BY DEBTOR FOR ORDER APPROVING STIPULATION BETWEEN DEBTOR AND U.S. HUNG WUI INVESTMENTS, INC., AUTHORIZING USE OF CASH COLLATERAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 25, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Helen R Frazer    hfrazer@aalrr.com
- Everett L Green    everett.l.green@usdoj.gov
- M Jonathan Hayes    jhayes@polarisnet.net
- D Edward Hays    ehays@marshackhays.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Yanna J Li    yli@wthf.com, dfunsch@wthf.com
- Christopher Minier    becky@ringstadlaw.com
- Thomas R Mulally    tom@ssmlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero    Romero@mromerolawfirm.com
- Christian H Shin    chris@wwanglaw.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

- 5 -

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued

Ringstad & Sanders L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450